No. 1294, Misc. RABIOLO *v.* WEINSTEIN ET AL. C. A. 7th Cir. Certiorari denied. *Eugene T. Devitt* for petitioner. *Solicitor General Griswold* for respondents.

No. 1313, Misc. DAUGHERTY *v.* HOCKER, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 1314, Misc. WILKINS *v.* HEROLD, STATE HOSPITAL DIRECTOR. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 1319, Misc. HINMAN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1326, Misc. SCHACK *v.* McRAE, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Kirby W. Patterson* for respondent.

No. 1328, Misc. SHUFORD *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 1343, Misc. COUSINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1361, Misc. MATHIS *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied.

No. 1375, Misc. NORMAN *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.